USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS SALVATORE ISABELLA,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER**

26-CV-6916 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter and the administrative record. ECF Nos. 6 and 7. The administrative record is considered timely filed.

**SO ORDERED.**

Dated: October 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge